DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EFREM HARRELL,**
Appellant,

v.

**VICTORIA ASHRAPOVA** and **RODERICK DURHAM,**
Appellees.

No. 4D2025-0474

[February 12, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Jr., Judge; L.T. Case No. 502022CA009902.

Donna Greenspan Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellant.

Gregory Roether Elder of Law Offices of Gregory R. Elder, PLLC, Boca Raton, for appellee Victoria Ashrapova.

No appearance for appellee Roderick Durham.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and SHEPHERD, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***